UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KEVIN L. SUNKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON CORPORATE, LLC,<br><br>    Defendant. | Case No. 14-cv-02288-BLF<br><br>**ORDER RE: NOTICE OF SETTLEMENT AND CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 8, 2015**<br><br>[Re: ECF 26] |

The parties in the above-captioned action are presently scheduled to appear for case management on December 11, 2014. The Court is in receipt of notification from the parties that their case has settled. *See* ECF 26. However, the parties have not filed with the Court a dismissal of the action.

The Court HEREBY CONTINUES the parties' case management conference until January 8, 2015. Plaintiff is instructed to file a notice of dismissal or other case management statement no later than January 2, 2015.

**IT IS SO ORDERED.**

Dated: December 8, 2014

_____
BETH LABSON FREEMAN
United States District Judge